FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEVIN LINDELE PARKER
411 NAYLOR MIll ROAD
WICOMICO COUNTY DETENTION
CENTER SALISBURY, MARY

(Full name, prison identification number and address of the plaintiff)

FEB 1 0 2020

v.

Civil Action No. TDC-20-358
(Leave blank on initial filing to be filled in by Court.)

COUNTY COMMISSIONER

CIRCUIT COURT FOR
WICOMICO COUNTY, SALISBURY, MARYLAND

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

　A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

　　YES ☐　　NO ☑

　B. If you answered YES, describe that case(s) in the spaces below.

　　1. Parties to the other case(s):

　　　Plaintiff: _____

　　　Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☑

1. If you answered YES:

   a. What was the result? _____

   _____

   b. Did you appeal?

   YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why:

WICOMICO County Detention Center Refuse to Provide the proper Access to file A grievance Administrative remedy procedure

1983 Complaint (Rev 03/2011)                                 7

III. Statement of claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

1. On 8-29-2019 6:19 pm Commissioner JD ID# 2147 who works at Wicomico County Detention Center, Violated My Eigth Amendment Right assumeing I am a threat to society and others and didn't look into the factors Considered in setting a Bail. The whole Jail has no bond.

2. On October 22nd 11:03 AM 2019 Judge Spyros James SarBanes Blindly signed off on my Warrant in my Case without facts in the Affadavit And this Isn't his first time Known for these things. I was arrested first then the so called probable Cause was brought to the judge Which lead to A Warrantless Arrest

IV. Relief

(State briefly what you want the Court to do for you.)

1. I would like for the Commissioners to be investigated and so As the judges who are violating our Rights in Wicomico.

SIGNED THIS __2__ day of, febuary, 2020.

_____Kevin Taher_____
(original signature of plaintiff)

411 Naylor Mill Road
Wicomico County
Salisbury, MARYLAND
(address of plaintiff)