10 copies

Kevin Parker
v.
State of Maryland

FEB 1 0 2020

C-22-CR-19000597

IN The Circuit Court
For Wicomico County

To whom this may concern

Hi, My name is Kevin Lindele Parker Jr. I am a 34 yr old black man who has been born and raised in Salisbury, M.D. All my family is from Salisbury, MD as well. I have 10 beautiful kids, a loving mother, grandmother, sister, brother and my wonderful fiancée that I am blessed to still have with me to this day.

I am currently being held without bond at the Wicomico County Detention Center on charges that I knew nothing about until the following day when I was pulled out of a car and slammed on my face in front of several people at the emergency room of PRMC and arrested without probable cause AND without an arrest warrant to show probable cause of my arrest. I Kevin Parker have had my fair share of run-ins with the Wicomico County Sheriff's Department since my teenage years. Since then I have been forced to take pleas by the WCSO and the state's attorney because of threats of having my children's mother charged and locked up. Along with threats of having my children taken by Child Protective Services and placed in foster homes.

Surely, I am not the first black man that has been targeted and racially profiled by the WCSO and the Maryland State Police. I have been going through this racial injustice or should I say "We" (We, being the Black Men who live in and Salisbury, M.D. Wicomico County) have been going through this racial injustice for far too long and I'm going to be the one to

1

speak out against and expose this unlawful injustice that's being carried out by the police and the court systems who are suppose to uphold and protect citizen's constitutional rights. But, all too often these unjustifiable acts are being carried out against the Black men of this community that have encounter the law where they have been threatened and abused by law enforcement. I, as well has other Black men of this community have been targeted and treated unfairly by the WCSO and SPD our whole life because of our criminal background, the color of our skin, and/or because we reside in certain communities around Salisbury, M.D., Wicomico County.

I have been judged and punished my whole life and I am really fed up with these treatments. Why should I walk around with fear and paranoia that at any given moment members of the WCSO and SPD will stop, frisk, and question me for minding my business. And if I excercise my rights as a citizen I may be subjected to police brutality by getting choked and slammed to the ground. I've paid my debt to society for crimes I've committed. I've been arrested on false charges numerous of times, tried and found not guilty of those false charges. Now, because of my not guilty findings I feel like an even bigger target for the police to harass, abuse, slander and write up false reports that they are trained to type up so that a person is held without bond away from his family, job and their life in general. Then I am paraded on every local news media outlet for every case that I have been tried for without a fair chance because I have already been portrayed or presumed guilty in the publics eye.

(2)

But, time and time again I say nothing because I'm another black man that bites his tongue in fear and anxiety for what might happen to me and my family if I speak out against this racial injustice that has been going on for far too long by local police and authority in Wicomico County, Salisbury, M.D. Black men are being subjected to illegal and warrantless searches and arrest without probable cause, violating our constitutional rights day in and day out. Also applications for search and seizure warrants are being written up by police lacking probable cause, lacking in a proper investigation and amongst other things that should render these warrants insufficient and invalid but Judges still sign off on these warrants, giving the police the authority to violate our fourth amendment rights when they are clearly in the wrong. Reducing us black men of this community to mere second class citizens while being yoked by an invisable chain into or back into the penal system.

It's scary because I am being held in WCDC without bail and a lack of resources to study my case. We get thirty minute in the law library once a week. Yet, we are being held in custody for six months or longer awaiting a trial date. Literally the whole population of the Wicomico County Detention Center is being held without bond.

I am writing Pro Per on my behalf (Kevin Lindele Parker JR.) to the Circuit Court for Wicomico County, State of Maryland seeking to have all charges against me IMMEDIATELY dropped.

(3)

I'm also seeking to file a civil suit against officers Jordan Banks, Micheal Daugherty and the Wicomico County Sheriffs Department.

Before going into the statement of facts, I would like it to be known that I have participated in numberous DNA test where I have willing given DNA samples to law enforcement and for paternity test. While participating in these DNA test I have witness the procedure on how DNA samples are to be handled when they are received from an individual and everytime no matter who is conducting the test, either by law enforcement or by a trained Medical personal, the procedure has always been the same.

Example: Medical personal conducts a DNA swab on an individual for a DNA sample. IMMEDIATELY after collecting the individual DNA sample the sample is either placed back into the package from which it came from or into a new package or envelope, sealed with tape, a signature or initials and a date written on the tape and then sent off for further testing.

The above procedure in the example is from my personal knowledge and observation. In the statement of facts provided, it clearly shows that Officer Jordan Banks was in the wrong in his handling of the DNA samples received from me, breaking the chain of custody and wrong in his conduct in general.

After going through this experience with Officer Banks an Officer that has been targeting and profiling me for several years, I'm left sitting in Wicomic County Jail feeling like →

(4)

My DNA has been stolen by an Officer of the law and my 4th, 5th and 6th amendment rights have been violated. I am also left here scared to death because Officer Banks, who did not follow proper procedure, has my DNA in an unsealed envelope and it's no telling what he or any one of the Wicomico County Sheriffs Department may do with it now or in the near future. This should not be. I should not be here in fear for my life from law enforcement who are suppose to serve and protect. I am DEMANDING an IMMEDIATE investigation to be conducted on the Wicomico Sheriffs Department for their blatant disregard for citizens rights in this County. Especially towards the black men of our communities. Also the department's handling of recent investigations. I am also DEMANDING IMMEDIATE reparation be taken against Officer Jordan Banks of the Wicomico Sheriffs Department in this case thus far. I have already contacted the NAACP and the Internal Affairs on this matter.
    Thank you for your time and thank you for hearing me out on this issue.

Respectfully,

Kevin L. Parker

(5)

Kevin Parker                                      C-22-CR-19000597
v                                                 In The Circuit Court
State of Maryland                                 for Wicomico County

## Statement of Facts

On October 29, 2019 at approximately 1:20 pm I Kevin Lindale Parker Jr. who is currently housed at Wicomico County Detention Center (WCDC) without bond, was told to report to the central booking area of the Detention Center by Correctional Officer (C.O.) Hill and Correctional Officer (C.O.) Gardner for paperwork. I asked what kind of paperwork? Both C.O. Hill and Gardner stated that they didn't know. Shortly thereafter I was being escorted to the central booking area of (WCDC) by C.O. Cange. Upon our arrival to the central booking area I met with a Wicomico County Sheriff Officer who identified himself as Officer Jordan Banks of the Wicomico County Sheriff's Office and stated that he had a search and seizure warrant for my DNA that was signed by Judge S. James Sarbanes. I then asked Officer Banks could I see the search and seizure warrant. At first Officer Banks was hesitant to my request but eventually handed me the warrant. I quickly read over the search warrant and located Judge Sarbanes' signature. I then placed the documents next to me on the bench and watched along with C.O. Cange (who did not leave or remove himself from the situation) as Officer Banks prepared the DNA swab test kit.

At this time more Correctional Officers began to present

(6)

themselves in the central booking area. These correctional officers were identified as C.O. Howell, C.O. Blake, and C.O. Skarson. These correctional officers along with C.O. Cange stood witness as Officer Banks began to swab the inside of my right cheek then underneath my tongue with the q-tip like swab. Where at no point did I refuse Officer Banks' orders through the whole procedure. Once Officer Banks completed his task of retrieving my DNA he then placed the q-tip like swab back into it's package. It was then when I noticed that Officer Banks did not close and seal the DNA swab test kit that now contains my DNA in it. I turned to C.O. Cange and asked 'Do you see that package is not closed?' C.O. Cange replied 'Yes, I see'. I then turned my attention back to Officer Banks who was now filling out paperwork. Upon completion of his paperwork Officer Banks then handed me the paperwork to sign. I then made the statement to Officer Banks stating 'Did you know that the package containing my DNA is still open and should be sealed?' Officer Banks replied 'Don't worry about it.'

Exasperated by Officer Banks' reply I stood up and asked every correctional officer that was present at the time (C.O. Cange, C.O. Howell, C.O. Blake, and C.O. Skarson) if they heard what Officer Banks had said. C.O. Cange replied 'I heard what he said' and further stated that Officer Banks was wrong. I then asked Officer Banks if he was going close and seal up the DNA test kit with my DNA in it. Officer Banks stated 'Don't worry about it. I'll do it when I get over there.' I replied 'Over where?' Officer Banks then stated 'I will do it when I get across the street to the Sheriffs Office.' I continued to ask Officer Banks

(5)

to seal the package containing my DNA. He then further states that he is not going to seal the package and tells me to "sign the damn papers." I state to Officer Banks "That I'm not signing shit until you seal the package right now while we have five witness' here." Officer Banks replied "What do you think I'm going to do with it over there?" I stated "I don't know what you might do with it when you get over there with my DNA. You could wipe it on any and everything you want and charge me later for all I know." Officer Banks then Stated "I don't give a damn. I got your DNA and that's all that I need." He then wrote "Refuse to sign" on the paper and dropped it on the bench then proceeded to exit the Centroul booking area of WCDC.

End Report

⑧