

Kevin Parker #2019Z565
411 Naylor Mill Rd
Wicomico County Detention
Salisbury, MD 21801

FEB 10 2020



The Clerk of the Court
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201